**Frank H. SULLIVAN, Petitioner, v. UNIT-ED STATES of America.**

**No. 12643.**

Circuit Court of Appeals, Eighth Circuit.

June 21, 1943.

Frank H. Sullivan, pro se.

George Philip, U. S. Atty., of Rapid City, S. D., for respondent.

PER CURIAM.

Petition for writ of certiorari dismissed for want of sufficient ground to grant relief.

**UNITED STATES v. Raymond Mike POS-PYCHALA, Petitioner.**

**No. 12650.**

Circuit Court of Appeals, Eighth Circuit.

June 30, 1943.

Raymond Mike Pospychala, pro se.

PER CURIAM.

Petition for an appeal or for issuance of writ of mandamus denied and dismissed.

**Jack YOUNG v. UNITED STATES of America.**

**No. 2738.**

Circuit Court of Appeals, Tenth Circuit.

June 12, 1943.

W. E. Utterback, of Durant, Okl., for appellant.

Cleon A. Summers, U. S. Atty., of Muskogee, Okl., for appellee.

Before PHILLIPS and MURRAH, Circuit Judges.

PER CURIAM.

Cause remanded to the district court for the purpose of authorizing and empowering said district court to entertain and determine a motion for a new trial, on grounds of newly discovered evidence.